1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

United States of America,                )
9                                         )
                Plaintiff,                )
10   v.                                   )          No. CR 15-897-TUC-CKJ
                                          )
11   Howard James Sawyer,                 )              **ORDER**
                                          )
12              Defendant.                )
                                          )
13   _____

14         The Court has received and reviewed the February 14, 2025, correspondence from

15   Defendant Howard James Sawyer ("Sawyer"). Attached to this correspondence is

16   correspondence Sawyer sent to the Assistant United States Attorney ("AUSA"). Sawyer

17   requests this Court to direct the AUSA to collect what Sawyer is owed from the Treasury

18   Offset Program ("TOP"). It appears Sawyer is implying an overpayment of restitution was

19   collected by the Treasury Offset Program. In the correspondence sent to the AUSA, Sawyer

20   requests the AUSA recover $1581.80 from the TOP.

21         It appears Sawyer is asserting he is entitled to reimbursement of restitution payments

22   made or collected by the TOP.  This would, in effect, result in a modification of the

23   restitution order made by the Court.  Only the Court has the authority to modify, with

24   limitations, a restitution order. *See e.g. United States v. Hankins*, 858 F.3d 1273, 1277 (9th

25   Cir. 2017). Further, Sawyer has not pointed to any authority for this Court to direct the

26   AUSA and/or the TOP to reimburse restitution in these circumstances.

27         Accordingly, IT IS ORDERED:

28         1.    The Clerk of Court shall docket the February 14, 2025, correspondence, with

1   its attachment.

2         2.      Sawyer's request for this Court to direct the AUSA to collect what Sawyer is

3   owed from the Treasury Offset Program is DENIED.

4         3.      The Clerk of Court shall mail a copy of this order to Sawyer at the following

5   address:

6                           Howard James Sawyer # 08038-029
                            USP Florence ADMAX
7                           P.O. Box 8500
                            Florence, CO 81226-8500
8
          DATED this 24th day of March, 2025.
9

10

11                                          Cindy K. Jorgenson
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          - 2 -